Greetings and Salutations U.S. District Court!

My name is Ms. Bridget Williams. I was born and raised in Charleston County. I caught a murder charge in the Summer of 2001. I was 26 years old then, and I had a male peer over to my apartment that I could not handle. The "stand your ground law" would have been basis for my aquital.

I went to the Columbia Regional Care Center for ~~treatment~~ in 2004 and stayed until 2009. I was released on a "P.R." bond with stipulations that need be kept. I was released to a DMH boarding home called "Turning Point." It is one of 4 boarding homes in the "Piedmont Programs." I stayed at this placement for 2 years and 4 months. I kept the agreement with the terms of my bond up until April 2012 when I left the boarding home without supervision. I was the only female at the boarding home for nearly a year before I took flight.

I was having trouble with my male peers. They could not understand or honor my chastity to honor my Lord but they knew full well that I was an active Christian. After discussing my problem to the public defender, Mr. Pennington, he avoided giving me answers to move forward. My bond states that for "Turning Point" to discharge me I would have to have a hearing first. So after 4 months or so of pursueing the public defenders office with things getting hectic at the Turning Point facility, I decided to go radical to breach my court contract in order to go to court - Very big human error I made, I admit. ▓ The plan was for the boarding home (Turning Point) to call the police and report a fugitive. But it so happens that after 36 hours of police men driving right past me I got worried and scared because I'm outside. So I started approaching isolated officers on break and they all told me we haven't gotten a call from any boarding home for a

Bridget Williams so we are not looking for you therefore we aren't going to arrest you. When Monday (Monday) morning arrived I went to an "Apple Bee's", and asked to use their phone for an emergency. They agreed and I called Charleston County Public Defender Ashly Pennington, thinking that the boarding home must have called them. The answer from Pennington was "no, we haven't gotten a call." So I told them of my elopement and what he said was he will call "Richland County Police" to bring me to "Charleston County detention center." I waited at "Apple Bee's," for about 1½ hours or so until "Apple Bee's" said if I'm not purchasing anything I would have to leave. So I left. Approaching the 72 hour mark of my departure from the boarding home and dusk being at hand I went to a "Family Dollar" store and picked up a couple of dollar items in front of the sales clerk and told them to call the police. When Richland authorities finally showed I asked them "did you all

get a call from Charleston County Public
defender's office for a "Bridget Williams"?
They said, no."
    So now the traffic ticket in
Exhibit B is for the discredited dollar
items I took from "Family Dollar." Attached
to it is its "Letter of Disposition." The
"Family Dollar" store refused to press charges
and the Dept. of Mental Health's "Doctor Hedgpath"
and unknowns (I believe public defender's
Ashley Pennington) refused to let me attend
"City Court." In the "Letter of Disposition"
you could tell that my charges were not
immediately Nolle Prosequi until a year
and 20 days after (5-14-2013). I believe
or assume they did not put out a warrent
for my arrest because I was already in a
prison.

# Exhibit A

Exhibit A shows the conditions of the "P.R." Bond that was set upon my discharge from the Columbia Regional Care Center ("Just Care") On page 6 of 6 in the Court order it explains that if upon reason my illness should worsen - the staff at "Turning Point" should initiate hospital admission and notify the Charleston County Chief Administrative Judge, Ninth Circuit Solicitor and my Public Defender. They had 72 hours to testify to or claim to the proper authorities that " I was a harm and danger to myself and others," and failed to do so (if that was really what they believed) I called the police on myself and further called the Public Defender's office just before lunch hours and said I had left the "Turning Point" Facility. Please allow me to instill at this time that this bond is for the 2001 offense that was placed in November 25 of 2009. And then bed space was open for my discharge in which I left "Just Care" on January - January 4, 2010.]

Also in the last two pages of Exhibit A
is the "Bail Proceeding form I". It tells
that I am ~~to~~ supposed to appear before
the Courts to have the matter resolved.
I did not leave the state and I left
~~me~~ the "Turning Pointe" residence without
putting the community in danger. I am
at deficit for the "Black Law's Dictionary,"
definition of a ~~thief~~ but in the Lord's manuel
of Mathew 24th chapter. verse 43, it says
"if the goodman of the house had known
in what watch the thief would come, he
would have watched and would not have
suffered his house to be broken up." So a
thief comes at unawares. A robber I believe
takes at notice but uses deadly force. I
told Family dollars to "please call the police.
I am taking Vienna Sausages." But your
Honor, I will let you be the judge. Further
more on ~~the~~ Bail Proceeding form I on the
III rd Clause and IV th, the court did not
complete. And I dont think its fair for
them or feasible for the ~~em~~ Court of General Sessions
to bother with filling out the I and II conditions

and not completing the 3rd and 4th conditions of the "Bail Proceeding form." That would be a "breach of contract." I have never been on the wrong side of the law before and just looked at city hall and all the courts to be trustworthy and protectors. I wasn't aware that I could have possibly just left and go home to my daughter. I just wanted to do right and prove that I'm not dangerous. I have a Master in Heaven that I take very seriously, until it was so noticeable that it was mentioned in the conditions of my bond in #12. I was saved in the Spring of 2008. I truely wasn't thinking on taking a chance on the law like that and possibly getting my daughter caught-up if I were wrong. At the "Columbia Regional Care" facility that is no longer ~~owned~~ owned by "Just Care" but now owned by "Geo Care" that has just changed its name in 2014 to "Correct Care Solutions," I have petitioned the Mental health probate Court. I was denied my right to many state statutes and Constitutional laws

in my hearing of 2014. I was given a
Court order July 8th to continue treatment
here.

In my February 10, 2015 probate court
hearing-by word of mouth the doctor
said (Dr. McDonald) that I'm only here
at this time until they find me placement
back into the community. But the court order
does not reflect what was said in the Probate
hearing of February 10, 2015 in which says
I'm still a harm and danger to myself...
Dr McDonald and the treatment team did
not like how I exercised my rights with
the ombudsman office January 28, 2015,
about a medical issue that nurse Practitioner
"Walstein" was not attending to appropriately.
Exhibit C is a photo copy of the report
from the Lieutenant Governor's office.
In it you can see that the nurse practitioner
went above the MD's (Dr Pierce) observations
and doctrine to hurt me. There is many
medical blunders in this report that Walstein
says. And for the record my skin was not
comming off but the material that was in

my wash cloth looks like smut. Staying on track on page 2 on the 3rd paragraph Dr McDonald states that he was going to discharge me but discontinued it because of my exercising my right and showing concern for myself because the rash was very irritating. To stop a discharge for something so superficial as a patient showing discomfort ~~feeling~~ from a rash is irrational. The state wants to make sure your not a harm to your self as in suicide or peoples who are self mutilators. If it were true that I was using excessive amounts of steriodal topical cream the most harm I could do to myself is wrinkles not atrophy.

I again went to the Mental Health Probate Court of Richland which is held downstairs in the Columbia Regional Care Center but this time I was prepared with 7 motions to the courts. They are Exhibit D, they were all filed before the hearing, they were all denied. I did not recieve a letter ~~for~~ from the clerks or anyone for them, but Judge Kaylin Darby

read the reply for each of the three counties I propositioned and each telling me "no". Charleston County (I believe) cannot tell me no because all of the legalities commenced in Charleston County Section 62-1-303 (e). Richland County should have not been able to deny my request because of Article IV sec.1, 2 & 4. Lexington should have been the only county to decline.

It is clear evidence that Richland County Probate Court Systems along with Charleston County Court officials are "Black Balling" me.

Going back to look upon Exhibit A I am asking the "United States District Court" to terminate my incarceration on the grounds that it says on the "Acknowledgment By Defendant" that if I fail to appear in connection with a misdemeanor charge, the penalty is a fine of not more than $1,000 or imprisonment for not more than one year or both. Your Honor of the U.S. District Court they still haven't let me appear to any court but their

13 of 15

Probate court in a makeshift courtroom downstairs and the judge does not wear a robe.

The Charges for Charleston County's Ashley Pennington and Judge Dedra Jefferson Should be
- Malicious Prosecution,
- abuse of process
- legal malpractise SC. Code Ann 15-3-530(5)
- breach of Contract

For Ashley Pennington and Rodney Davis
- professional negligence

Judge Kayin Darby
- Professional negligence
- legal malpractise
- fraud - I know there is false documentation about me.

Dr. Andrew Hedgepeth, Dr. Alexander McDonald
Disha Dave MSW, Kathy Altridge Social workers
- Black Balling   Also the Dept of Mental Health Administratives also guilty of
- Black Balling   but the Honorables of the U.S. District Court are the judge.

Exhibit E is a reflection of my person while I was at the boarding home on what had my mind occupied. I knew it was my Heavenly Father that gave me a second chance and I would be forever indebted to Him. I started attending "Bible way of Atlas rd." in Febuary 2010 but initially started listening to my Pastor Jackson on the radio while I was still incarcerated at the Columbia Regional Care Center in 2009. I donated a Thanksgiving Dinner to "Harvest Hope" as a sacrifice to my Lord. Butter Ball Turkey, Ham, Yams etc. I know that our savoir come through the Jewish Bloodline so I became a giver to a Jewish Charity, "International Fellowship of Christians and Jews." 30 North LaSalle Street · Suite 4300 Chicago IL. 60602-2584. And I am still that person today. Except I have no income and very little moral support, save for my Bible. Exhibit F is the Court Order from the Supreme Court when I went to them about my 2014 probate court hearing and they directed me to a lessor court.

15 of 15

Exhibit G is a letter from my 22 year old daughter in response to a letter I wrote her asking if she would take me in. I wrote the letter to her because Dr. McDonald said that he wouldn't have to find me placement if I had someone to take me in.

Exhibit H is a print out from the internet about my diagnosis that I asked this social worker, that is assigned to me, to give me. On the grounds I want to know how I could be labled antisocial. According to the print out they were calling me more than I thought and also I'm taking Bi-polar medicine for a diagnosis of antisocial. So I'm misdiagnosed and this is malpractise. The med that I am on is Zyprexa. I'm on the generic form. Everything they give me here is generic. I take generic multi-vitamens, generic aqua 4. I have no charges, and this is a maximum security prison/hospital (really a mental prison) I am 40 years old now and the atmosphere here is of a very highly aggresive magnitude. This concludes my letter to the U.S. District Court of South Carolina.

Respectfully yours & Thanks
Bridget Williams